427 A.2d 1215

Commonwealth v. Voltz, Appellant.

Submitted March 23, 1979. Charles A. J. Halpin, III, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

The defendant's conviction of the crime of criminal trespass as a lesser included crime of the offense of burglary is hereby reversed and the defendant is ordered discharged since he was not indicted for the offense of criminal trespass and since it has been held that the offense of criminal trespass is not a lesser included offense of the crime of burglary. *Commonwealth v. Carter*, 482 Pa. 274, 393 A.2d 660 (1978).